FILED

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0735

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0735

---

CHRISTIAN MICHAEL SMITH,

Petitioner and Appellant

vs.

STATE OF MONTANA,

Respondent and Appellee.

---

**Order Extending Deadline to File Reply Brief**

---

Upon consideration of Appellant's motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until July 5, 2024, to file and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2024